**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN PAUL MARK SCHOWACHERT,<br><br>    Plaintiff,<br><br>    v.<br><br>BILL POLLEY,<br><br>    Defendant. | No. 1:21-cv-0975 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 12) |

John Paul Mark Schowachert filed this prisoner civil rights action under 42 U.S.C. § 1983. (Doc. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 19, 2023, the magistrate judge found Plaintiff failed to prosecute this action and failed to comply with the Court's order dated August 4, 2023, which directed Plaintiff to show cause why the action should not be dismissed for his failure to exhaust administrative remedies. (Doc. 12 at 2-6; *see also* Doc. 10.) Therefore, the magistrate recommended the action be dismissed without prejudice. (Doc. 12 at 6.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due with 14 days. (*Id.*) The Court also informed Plaintiff that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections, and the deadline to do so expired.

According to 28 U.S.C. § 636(b)(1)(C), the Court performed a *de novo* review of this case. Having reviewed the file, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations, filed on September 19, 2023 (Doc. 12) are **ADOPTED** in full.
2. The complaint is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 2, 2023**

UNITED STATES DISTRICT JUDGE